UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
JUANNELIOUS B. MURRAY, SR.             CHAPTER 13
                                        Case No. 17-41767-MLO
                                        Judge MARIA L. OXHOLM

**CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT**

I hereby certify that on September 07, 2017, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

Bankruptcy Assistance Center
38701 7 Mile Rd., Suite 445
Livonia, MI  48152

I also hereby certify that on 9/7/2017, I served the following parties a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

JUANNELIOUS B. MURRAY, SR.
26009 HERSHEYVALE DR.
FRANKLIN, MI  48025

I further hereby certify that on 9/7/2017, I served the attached list with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

 /S/ MARCUS MOTLEY

For Tammy L. Terry Trustee
Office of the Chapter 13 Standing Trustee-Detroit
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226
(313)967-9857
mieb_ecfadmin@det13.net

JUANNELIOUS B. MURRAY, SR.
26009 HERSHEYVALE DR.
FRANKLIN, MI 48025

ACCEPTANCE NOW
5501 HEADQUARTERS DR.
PLANO, TX 75024

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE, MN 55113

AT&T CORP.
&#037;AT&T SERVICES, INC
KAREN A CAVAGNARO - LEAD PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

BEVERLY MOCK
C/O JAY L. ROTHSTEIN
19068 W. TEN MILE RD.,
SOUTHFIELD, MI 48075

CAPITAL ALLIANCE FINANCIAL, LLC
3923 28TH ST. SE, #386
GRAND RAPIDS, MI 49512

CHARGER AUTO SALES
15475 TELEGRAPH ROAD
REDFORD, MI 48240

CHASE HOME FINANCE, LLC
PO BOX 24696
COLUMBUS, OH 43224

CITIFINANCIAL
PO BOX 6043
SIOUX FALLS, SD 57117

CREDIT COLLECTIONS SERVICES
TWO WELLS AVE
NEWTON CENTER, MA 02459

DAVID MILSTEIN
38701 SEVEN MILE ROAD
SUITE 445
LIVONIA, MI 48152

FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

FORD MOTOR COMPANY
DEPT 253501, FORD BENEFIT OVERPAYMENTS
PO BOX 67000
DETROIT, MI 48267

HENRY FORD HEALTH SYSTEM
PO BOX 50868
KALAMAZOO, MI 49005

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JP MORGAN CHASE BANK
3415 VISION DRIVE
OH4-7142
COLUMBUS, OH 43219

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MAIL CODE: OH4-7142
3415 VISION DRIVE
COLUMBUS, OH 43219

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
PO BOX 24785
MAIL CODE OH4-7164
COLUMBUS, OH 43224-0785

JUANNELIOUS B. MURRAY SR.
26009 HERSHEYVALE DR.
FRANKLIN, MI 48025

MENDELSONKORNBLUM
27472 SCHOENHERR RD., #140
WARREN, MI 48088

MICHIGAN BELL BELL TELEPHONE
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30456
LANSING, MI 48909

MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT
PO BOX 30168
LANSING, MI 48909
LANSING, MI 51724-1500

NEW ORLEANS MALL ASSOC LTD PARTNERSHIP
C/O PAUL T. CHOSID
89 EAST LONG LAKE RD.
TROY, MI 48085

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND, WA 98083-0788

RICK FANDAKLY
31675 STEPHENSON HWY.
MADISON HEIGHTS, MI 48071

SANTANDER CONSUMER USA
8585 N STEMMONS FWY, #1100
DALLAS, TX 75247

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX 75356-0284

SANTANDER CONSUMER USA, INC.
P.O. BOX 560284
DALLAS, TX 75356

TAMMY L. TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

TROTT LAW
31440 NORTHWESTERN HWY #200
FARMINGTON HILLS, MI 48334-5422

U.S. ATTORNEY (CIVIL DIVISION)
211 W. FORT ST., #2001
DETROIT, MI 48226